**Abiodun M. SODIPO, Plaintiff—Appellant,**

v.

**CAYMAS SYSTEMS, INC., Defendant—Appellee.**

No. 08–16521.

United States Court of Appeals, Ninth Circuit.

---

\*\*\* The Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

\*\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Nov. 3, 2008.*

Filed Nov. 13, 2008.

Abiodun M. Sodipo, pro se.

Charles O. Thompson, Esquire, Lewis Brisbois Bisgaard & Smith, LLP, San Francisco, CA, for Defendant–Appellee.

Before: TROTT, GOULD and TALLMAN, Circuit Judges.

## MEMORANDUM **

A review of the record and the parties' responses to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's June 24, 2008 order denying appellant's motion for relief from judgment.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

